**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN THE MATTER OF:<br>Luis A. Velázquez Cora<br>Leslie Ann Torres Rodríguez<br>Debtors<br><br>REO Properties, Corp.<br>Movant<br><br>Luis A. Velázquez Cora<br>Leslie Ann Torres Rodríguez<br>Respondents<br><br>ALEJANDRO OLIVERAS RIVERA<br>Respondent & Chapter 13 Trustee | CASE NO. 07-05933 (SEK)<br><br>CHAPTER 13 |

<u>**MOTION FOR RELIEF FROM STAY PURSUANT 11 USC SECTION 362(d)**</u>

**TO THE HONORABLE COURT**:

**NOW COMES MOVANT**, Quantum Servicing as Servicing Agent for REO Properties, Inc., ("Movant") your moving party in the within Motion, through the undersigned legal representative and respectfully **STATES** and **PRAYS**:

1.      The bankruptcy court has jurisdiction of this matter under 28 U.S.C.A. §§ 157 and 1334.

2.      Venue of this matter is proper in this Court pursuant to 28 U.S.C.A. §§ 1408 and 1409(a).

3.      This matter is a core proceeding under to 28 U.S.C.A. §157(b)2(G).

4.      This matter is brought under 11 U.S.C.A. §362(d)(1), (2) and Bankruptcy Rule 4001-1.

5.      The Movant has the following mailing address: PO Box 2160 Huntington, CT 06484-2160

6.      The Debtor's mailing addressed is stated in the bankruptcy petition.

7.      On 10/11/2007, Debtor filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Puerto Rico (Docket 1). Pursuant to the provisions of 11 U.S.C.A. §362(a), the filing of Debtor's petition operated as an automatic stay against Movant's rights as a secured Movant to proceed against Debtors and their property.  As of this date, the Debtors continue in possession of their property.

8.      Prior to filing of said petition, on 03/26/2003, Movant and Debtors executed a note ("Note") whereby Movant agreed to lend, and did in fact lend, and Debtors agreed to borrow and pay back the sum of $25,500.00. A copy of the Note is attached and included as part of this Motion.

9.      Pursuant to the Promissory Note the Debtors agreed to pay to Movant the above-described sum of $147,900.00 together with interests at the rate of 6.8750% per annum.

10.     The Note requires monthly payments of $1,243.13. The term of the Note is 30 years, and the Note matures on 12/1/2035

11.     The current monthly mortgage payment of $1,296.28, which changes as per a variation in the escrow payment amount, is due on the first of every month.

12.     As security for the Note, the Debtor took a mortgage on real estate, for the same amount, to the same entity and in the same date. Said mortgage is recorded with the Orange County Florida Registry and covers the premises located at 4238 Anthony LN Orlando, Fl 32822. A copy of said mortgage and title search are attached hereto.

13.     There is no other collateral securing the obligation.

14.     Debtor(s) have defaulted in their obligations to Movant in that they failed to make the payment which was due under the Note.

15.     Since the filing of the bankruptcy petition, Debtor's account has accumulated post-petition arrears as described herein below.

16.     Movant informs this Honorable Court that for the hearing on this motion an appraiser's testimony will not be necessary.

17.     According to the debtor's schedules, the property is valued at $92,500.00. Notwithstanding the above, in the event that the value of said property is contested by the debtor, trustee or interested party, the Movant reserves the right to request access to the property for the purpose of conducting an interior appraisal to more accurately quantify its value.  The liquidation value of the property, calculated at such approximate value less $5,000.00 in estimated foreclosure fees and costs, $1,400.00 in bankruptcy fees and costs, $750.00 in estimated eviction fees and costs, $2,279.50 in

estimated REO closing fees and costs and $8,874.00 in estimated real estate broker's commissions is $74,196.50.

18.     The Post-petition arrearage as to the date of this motion is $6,481.40 (5 installments @ $1,296.28 from 05/01/2010 – 09/01/2010 = $6,481.40).

19.     The anticipated post-petition arrearage at the time of hearing on this motion be $7,777.68 ($6,481.40 + $1,296.28 = $7,777.68).

20.     The total post-petition attorney's fees relative to this Motion of Relief are $600.00.

21.     Movant argues that considering what is herein above stated, cause exists for granting relief from Stay pursuant to section 362 d(1) and (2), supra.

22.     Pursuant LBR 4001-1(b) Movant also informs this Honorable Court that the Movant was able to determine whether or not the Debtor is in military service. Attached to these documents is the Servicemember Declaration with the military service Affidavit.

23.     The Movant seeks relief from Stay:

      a.     Pursuant to 11 U.S.C. 362(d)(1) for cause on the basis that the debtor has not made all of the required post-petition interest payments, and that the debtor failed to provide the plaintiff with adequate protection and deprives Movant to have its security interest protected as provided by the Bankruptcy court;

      b.     Pursuant to 11 USC 362 (d)(2) on the basis that the debtor has no equity in the subject property and the property is not necessary for effective reorganization;

      c.     The Court waives the ten (10) day stay provided for in Rule 4001(a)(3) and allow relief to enter effective the date the Order is signed.

**WHEREFORE**, the Movant prays that:

(i)     It, and its successors and/or assigns, be granted relief from the automatic stay for the purpose of exercising its rights under its agreements with the debtor and under applicable law, including, without limitation, taking possession of the mortgaged premises and /or foreclosing or accepting a deed in lieu of foreclosure of its mortgage on said premises, and bringing such actions, including, without limitation, summary process proceedings, as are permissible by law; and

(ii)     The Court shall order such other and further relief as may be just and proper.

**RESPECTFULLY SUBMITTED**.

**CERTIFICATE OF SERVICE**: I do hereby certify that a copy of the attached Motion for Relief was filed electronically through the CM/ECF system which will send notification to the parties to their registered e-mail addressed and via certified United States Mail, postage fully pre-paid and addressed to: Luis A. Velazquez Cora and Leslie Ann Torres Rodriguez, HC 65 BZN 6360 PATILLAS, PR 00723.

In San Juan, Puerto Rico, this 30th day of September 2010

**Márquez & Ferrari Law Office, P.S.C.**
P.O. Box 988
Aguadilla, PR 00605
Tel.: (787) 891-3670
Fax.: (787) 882-4704

**S/CARLA FERRARI-LUGO**
USDC-PR-221804

Department of Defense Manpower Data Center                    Sep-29-2010 12:18:31



Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| VELAZQUEZ | LUIS A. | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

---

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

Case:07-05933-MCF13   Doc#:70   Filed:09/30/10   Entered:09/30/10 10:54:18   Desc: Main
Document      Page 6 of 46

*More information on "Active Duty Status"*

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:KM8L5SFUP0

Department of Defense Manpower Data Center                    Sep-29-2010 12:20:04



Military Status Report
Pursuant to the Service Members Civil Relief Act

| ⇐ Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| TORRES | LESLIE A. | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

_____

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

Case:07-05933-MCF13   Doc#:70   Filed:09/30/10   Entered:09/30/10 10:54:18   Desc: Main
Document   Page 8 of 46

*More information on "Active Duty Status"*

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:PFPDD5KN83

```
PAY4    ██████        AS-OF 06/17/10   PAYOFF CALCULATION TOTALS 06/16/10  13:42:29
NAME LA VELAZQUE CONTACT NAME LUIS A VELAZQUEZ CORA
--------------------------------------------------------------------------------
PRINCIPAL BALANCE        19,557.36       ---------- RATE CHANGES ----------
  INTEREST 06/17/10  _     2,409.76  CALC  INT FROM      RATE          AMOUNT
PRO RATA MIP/PMI              .00        03/01/09    9.95000       2,409.76
ESCROW ADVANCE               .00        06/17/10
ESCROW BALANCE               .00  E
SUSPENSE BALANCE          247.22-
HUD BALANCE                  .00
REPLACEMENT RESERVE          .00
RESTRICTED ESCROW            .00
TOTAL-FEES                 15.00  W 1
ACCUM LATE CHARGES         95.62
ACCUM NSF CHARGES            .00
OTHER FEES DUE            306.16
PENALTY INTEREST             .00
FLAT/OTHER PENALTY FEE       .00        TOTAL INTEREST          2,409.76
CR LIFE/ORIG FEE RBATE       .00        TOTAL TO PAYOFF        26,209.30
RECOVERABLE BALANCE     4,072.62  PRINT DISALLOWED:   NOT SIGNED ON TO OLLW


--------------------------------------------------------------------------------
```

```
P190 LN  ██████████        L O A N   S T A T U S  1                      06/16/10
NAME LA VELAZQUE   INV-LN Q35-001-0030055350 DUE 04-01-09 TYPE 13
BR 00 MAN B P-TYPE 1 INT .0995000 FIRST PB     19,557.36  2ND PB         .00
PDYTD INT   1499.68 PRIN      959.48 TAX      .00 HAZ    235.00 TERM 180
RECON 139       GUAR             MIP      .00 LIEN     .00 MAT 04-18
BILL  LUIS A VELAZQUEZ CORA        CONTRACT/POOL NO
NAME  LESLIE ANN TORRES RODRI      TAX NAME LUIS A   VELAZQUEZ CORA
&     HC 65 BOX 6360               PROPERTY   88 5   STREET
ADDR  PATILLAS          PR 00723  ADDRESS  PATILLAS            PR 00723
BALANCES           PAYMENT            STOPS        OTHER
ESCROW       85.19   P&I         273.24  PROCESS B   LEVEL SF        .00
ADVANCE        .00   2ND P&I        .00  BAD CK  0   SF RATE  .00000000
SUSPENSE    247.22   ESCROW       34.17  PIF     0
LC DUE       95.62   REPL           .00  FC      1   LAST ANAL    04-10
REPL RES       .00   MISC           .00  NOTICE  B   LOAN DATE 03-26-03
RES ESC        .00   LIFE           .00  ANALYZE 0   INT/ESC
INT DUE        .00   A&H            .00  A&H     0   TEL 1 787-594-6282
HUD            .00   BSC            .00  LIFE    0   TEL 2 787-839-0754
DEFICIT        .00   TOTAL       307.41  DISB    6   TEL CD
DISC BAL       .00   HUD-P          .00  CASHIER 5   TIMES DELQ       3
ORIG DIS       .00   NET PMT     307.41  ACCRUAL 3   BILL MODE        7
ORIG LOAN    25500   PMT FREQUENCY   12  L/C     2   FC TRACK         S
ACTIVE B/R =                 P1921420226183    SEE SCREEN P192
```

```
BNKC  ████████      ____   BNKRUPTCY PROOF OF CLM CH 13 INV Q35 06/16/10 13:39:16
LA VELAZQUE  DUE 04/01/09 PMT     307.41  TYPE CONV. RES
88 5 STREET              PATILLAS PR 00723
-------------------------- PRE-PETITION CLAIM ----------------PRO DA1-----
CLAIMED    ACKNOWLEDGED  CONFIRMED      CLAIM TOT     CONFIRMED TOT   PRIN BALANCE
11-30-07                              5,137.12 *      5,137.12      22,752.68
REVISED CLAIM MONTH: MM/YY   PRE-PETITION CLAIM:  Y   CLAIM DETAIL OVERRIDE:  Y
--------------- PAYMENTS ----------------   --------- LATE CHARGES ---------
DUE DATE - DUE DATE     AMOUNT      TOTAL   NUM   AMOUNT      TOTAL  PD-TO-DT
07-01-06 - 10-01-07     307.41   4,918.56    16    13.66     218.56


07-01-06 - 10-01-07              4,918.56    16             218.56        .00
USER NOT AUTHORIZED TO ADD FEES TO CLAIM
```

```
BNKC ▮▮▮▮▮▮▮:      ____  BNKRUPTCY PROOF OF CLM CH 13 INV Q35 06/16/10 13:39:10
LA VELAZQUE   DUE 04/01/09 PMT     307.41  TYPE CONV. RES
88 5 STREET               PATILLAS PR 00723
--------------------------- PRE-PETITION CLAIM ----------------PRO DA1-----
CLAIMED    ACKNOWLEDGED  CONFIRMED      CLAIM TOT     CONFIRMED TOT   PRIN BALANCE
11-30-07                              5,137.12 *       5,137.12     22,752.68
REVISED CLAIM MONTH: MM/YY   PRE-PETITION CLAIM:  Y   CLAIM DETAIL OVERRIDE:  Y
--------------- PAYMENTS ----------------   --------- LATE CHARGES ---------
DUE DATE - DUE DATE     AMOUNT      TOTAL   NUM   AMOUNT      TOTAL  PD-TO-DT
07-01-06 - 10-01-07    307.41   4,918.56    16    13.66     218.56



07-01-06 - 10-01-07             4,918.56    16               218.56       .00
```

```
BNKH    ██████████     ____  MMYY BANKRUPTCY HIST   CH 13   INV      06/17/10 13:38:32
LA VELAZQUE   DUE 04/01/09  PMT     307.41   TYPE CONV. RES
88 5 STREET                 PATILLAS PR 00723
-------------------------------------------------------------PRO DA1 ----
ACT    DATE       AMOUNT     DUE DATE


     11/30/07      307.41   11/01/07   1 POST-PET PMTS/111607/000010091274079
     11/30/07                        BNK ADDED CHAP 13 PROC QMO
```

```
BNKH .████          _____  MMYY BANKRUPTCY HIST  CH 13   INV      06/17/10 13:38:32
LA VELAZQUE   DUE 04/01/09 PMT      307.41  TYPE CONV. RES
88 5 STREET                 PATILLAS PR 00723
----------------------------* PF8 FOR MORE HIST *---------------PRO DA1 ----
ACT    DATE      AMOUNT    DUE DATE

       03/18/09     307.41           TO DEBTOR SUSPENSE                      +
       03/03/09     307.41  10/01/08  1 POST-PETITION PMTS FROM SUSPENSE
       02/19/09     307.41           TO DEBTOR SUSPENSE                      +
       12/17/08     307.41  09/01/08  1 POST-PET PMTS/120508/000016059547012
       11/21/08     307.41  08/01/08  1 POST-PETITION PMTS FROM SUSPENSE
       11/19/08     307.41           TO DEBTOR SUSPENSE
       11/19/08     307.41  08/01/08 POST-PET RECEIPT/110108/000016059507851
       09/12/08        .08           TO DEBTOR SUSPENSE
       09/12/08     307.49  07/01/08  1 POST-PET PMTS/082908/000012777257428
       07/31/08     307.41  06/01/08  1 POST-PET PMTS/072608/000012777232331
       07/21/08     307.41  05/01/08  1 POST-PET PMTS/071208/000012469812287
       06/19/08     307.41  04/01/08  1 POST-PET PMTS/061408/000012379654080
       04/29/08     307.41  03/01/08  1 POST-PET PMTS/042208/000012288828497
       03/20/08     307.41  02/01/08  1 POST-PET PMTS/031508/000012288806144
       03/12/08     307.41  01/01/08  1 POST-PET PMTS/030308/000012065551705
       12/17/07     307.41  12/01/07  1 POST-PET PMTS/121007/000100912743569
```

```
BNKH  ██████████    ____  MMYY BANKRUPTCY HIST  CH 13  INV     06/17/10 13:38:32
LA VELAZQUE  DUE 04/01/09 PMT     307.41  TYPE CONV. RES
88 5 STREET              PATILLAS PR 00723
---------------------------* PF8 FOR MORE HIST *----------------PRO DA1 ----
ACT   DATE      AMOUNT    DUE DATE

      10/14/09                       EFFECTIVE DATE 10/13/09
      10/14/09    307.41  07/01/06  1 PRE-PETITION PMTS FROM SUSPENSE
      10/14/09    307.41-           PRE-PETITION DISTRIBUTION
      10/13/09    324.40  02/01/08 TO TRUSTEE SUSPE/100109/000000002035208
      10/08/09                      MOTION FOR RELIEF HEARING
      09/11/09                      MOTION FOR RELIEF HEARING
      08/19/09                      MOTION FOR RELIEF FILED
      08/05/09                      EFF DATE 08/03/09
      08/05/09    307.41  03/01/09  1 POST-PETITION PMTS FROM SUSPENSE
      08/03/09    307.41  02/01/09  1 POST-PET PMTS/073109/000016840800382
      06/17/09                      MOTION FOR RELIEF REQUESTED
      05/27/09    307.41  01/01/09  1 POST-PETITION PMTS FROM SUSPENSE
      05/15/09    307.41           TO DEBTOR SUSPENSE                      +
      04/17/09            01/01/09 POST-PETITION DUE DT MOVE               +
      04/17/09    307.41  12/01/08  1 POST-PETITION PMTS FROM MSP          +
      04/14/09    307.41  11/01/08  1 POST-PETITION PMTS FROM SUSPENSE
```

```
BNKH ████████        _____  MMYY BANKRUPTCY HIST  CH 13   INV      06/17/10 13:38:32
LA VELAZQUE   DUE 04/01/09 PMT      307.41   TYPE CONV. RES
88 5 STREET                   PATILLAS PR 00723
-----------------------------* PF8 FOR MORE HIST *---------------PRO DA1 ----
ACT    DATE      AMOUNT     DUE DATE

       04/12/10      614.82  09/01/06  2 PRE-PETITION PMTS FROM SUSPENSE
       04/12/10      614.82-           PRE-PETITION DISTRIBUTION
       04/09/10      648.79  04/01/08 TO TRUSTEE SUSPE/040110/000000002044731
       03/29/10                        BNK ADDED CHAP 13 PROC DA1
       01/13/10                        REMOVE -
       01/13/10                        03  01/08/10  DISMISSAL
       01/04/10                        EFF DATE 01/04/10
       01/04/10      307.41  09/01/09  1 POST-PET PMTS/121109/000017817859247
       11/23/09                        EFF DATE 11/23/09
       11/23/09      307.41  08/01/09  1 POST-PET PMTS/111809/000017463538991
       11/10/09                        EFFECTIVE DATE 11/09/09
       11/10/09      307.41  08/01/06  1 PRE-PETITION PMTS FROM SUSPENSE
       11/10/09      307.41-           PRE-PETITION DISTRIBUTION
       11/09/09      486.60  03/01/08 TO TRUSTEE SUSPE/110309/000000002037495
       11/03/09                        EFF DATE 11/02/09
       11/03/09      614.82  06/01/09  2 POST-PET PMTS/082609/000016840815298
```

```
BNKH  ██████████       ____  MMYY BANKRUPTCY HIST  CH 13  INV     06/17/10 13:38:32
LA VELAZQUE   DUE 04/01/09  PMT     307.41   TYPE CONV. RES
88 5 STREET                  PATILLAS PR 00723
---------------------------* PF8 FOR MORE HIST *----------------PRO DA1 ----
ACT   DATE      AMOUNT    DUE DATE

     06/15/10     162.20  05/01/08 TO TRUSTEE SUSPE/060210/000000002047947
     06/07/10                      EFF DATE 06/07/10
     06/07/10     307.41  03/01/10  1 POST-PET PMTS/060310/000017670733626
     05/26/10                      EFF DATE 05/06/10
     05/26/10     614.82  01/01/10  2 POST-PETITION PMTS FROM DEBTOR SUSP
     05/21/10                      EFF DATE 05/06/10
     05/21/10     307.41           TO DEBTOR SUSPENSE
     05/21/10     307.41           POST-PET RECEIPT/043010/000000091568734
     04/19/10                      EFF DATE 04/19/10
     04/19/10     307.41  12/01/09  1 POST-PET PMTS/031710/000000000000307
     04/16/10                      EFF DATE 04/16/10
     04/16/10     307.41  11/01/09  1 POST-PET PMTS/022210/000017929411435
     04/16/10                      EFF DATE 04/16/10
     04/16/10     307.41  10/01/09  1 POST-PET PMTS/012910/000017869698652
     04/16/10                      MOTION FOR RELIEF REQUESTED
     04/12/10                      EFFECTIVE DATE 04/09/10
```

```
BNK1  ███████████        APR1        BNK SETUP      A DA1 Q35/001     06/16/10   13:38:14
LA VELAZQUE    CHAPTER 13              04/01/09 TYPE CONV. RES.                  M:B F:1
88 5 STREET PATILLAS PR 00723-0000                                              GRP
~STAT--------------------------* STATUS *------------------------------------
STAT    PROC   CHAP    FILING DT   BANKRUPTCY CASE #      COURT         TEMPLATE
  A     DA1     13     101107      07-05933              CTPRSANJU       13
 NOTICE        CREDITOR    PF OF CLM     CONFIRM    REPAY   STAY   PMTS   ASSET
RECEIVED       MEETING       FILING      HEARING     PER   LIFT  INSIDE  CASE
 113007        MMDDYY        MMDDYY      MMDDYY      ____    Y      N      Y
 TRUSTEE       MTG CO ATTY   DEBTOR ATTY     REGION CODE
TRPRRIVERA     _____   DAPRENCHAU       00
-----------------------------* ADDITIONAL MESSAGES *-------------------------
*** LOAN IS SUSPENDED FORECLOSURE ***   ACTIVE CH 13 BANKRUPTCY
LOAN IS IN FORECLOSURE, F/C STOP = 1    PROC STOP = B   BANKRUPTCY
DISB STOP = 6 FORECLOSURE               320 DAYS PAST PROJECTED LEGAL DATE
----~DESC--------------------* BNK DESCRIPTIONS *----------------------------
 BNK STATUS:  ACTIVE                 RMVL REAS:
    CHAPTER:  13                     RMVL DATE:
FOR1 STATUS:  SUSPEND                PREPT DUE: 06-01-08
   TEMPLATE:  CHAPTER 13             PSTPT DUE: 04-01-10
MTG CO ATTY:                         BNK SETUP: 03-29-10
                                     FILING DT: 10-11-07
  PROP INSP:  SAFEGUARD PROPERTIES,LLC  PROCESSOR: DAMON ASHBROOK
```

   

## MORTGAGE NOTE
## PAGARE HIPOTECARIO

Guaya¹a                     Puerto Rico
March 25th,        2003

US $    25,500.00

FOR VALUE RECEIVED, the undersigned ("Borrower") promise(s) to pay to **DORAL MORTGAGE CORPORATION**————
—POR VALOR RECIBIDO, el (los) suscribe nte(s) prometo(n) pagar a  **DORAL MORTGAGE CORPORATION**————————

or its order, the principal amount of   TWENTY FIVE THOUSAND FIVE  HUNDRED  DOLLARS————————————
o a su orden, la suma principal de   VEINTICINCO MIL QUINIENTOS DOLARES————————————————

($25,500.00)————   DOLLARS, with interest on the unpaid principal balance from the date of this Note, until paid, at the
($25,500.00)— DOLARES, con intereses sobre el balance insoluto de principal desde la fecha de este pagaré hasta su pago, a

the rate of  nine point ninety five————————  per cent per annum.  Principal and interest shall be payable to———————
a razón del  nueve  punto  noventa y cinco———  por ciento anual.  El principal e intereses serán pagaderos a————————

**Doral Mortgage Corporation** , central offices in San Juan, Puerto Rico, or such other place as the holder may designate in writing
**Doral Mortgage Corporation** en sus oficinas centrales en San Juan, Puerto Rico, o en cualquier otro lugar que el tenedor de este————

consecutive monthly installments of   Two  hundred   seventy  three dollars  with  twenty four cents——
pagaré que indique por escrito, en pagos mensuales consecutivos de   Doscientos   setenta y  tres dolares——————

($273.24)—————————————————, on the first day of each month beginning the first day a     May——————————
con  veinticuatro  centavos—————————, el día primero de cada mes, comenzando el primero de    mayo——————————

2003, until the entire indebtedness evidenced hereby is fully paid, except that any term may indebtedness, if the entire paid————
2003, hasta que se pague totalmente la deuda evidenciada por el presente, excepto que la deuda restante, si no es antes pagada,——

shall be due and payable on the first day of   April first (1st) of 2018———————————————————————
quedara vencida y pagadera el día primero de    abril  del año 2018————————————————————————

—If any monthly installment under the Note is not paid when due and remains unpaid after a date specified by a notice to Borrower
—Si cualquier plazo mensual bajo este pagaré no es pagado cuando vence y permanece impagado luego de la fecha especificada en

the entire principal amount outstanding and accrued interest thereon shall at once become due and payable——————————
la notificación al deudor, la suma total de principal pendiente de pago e intereses acumulados sobre la misma quedarán vencidos instantánea

at the option of the Note holder.  The date specified shall not be less than thirty days from the date such notice is———————
Vencidos y pagaderos a opción del tenedor del pagaré.  La fecha especificada no será de antes a treinta días a partir de la fecha de envío

mailed.  The Note holder may exercise this option to accelerate during any default by Borrower regardless of any prior—————
por correo de dicha notificación.  El tenedor de este pagaré podrá ejercer la cierta opción de aceleración durante incumplir incumplimiento

forbearance.  If suit is brought to collect this Note, the Note holder shall be entitled to collect in such proceeding the agreed and——
del Deudor, no expreso cualquier indulgencia de moras del anterior.  De cualquier procedimiento judicial para el cobro de este pagaré

and liquidated amount of ten percent of the original principal amount hereof to——————————————————
el tenedor del mismo tendrá derecho a cobrar en dicho procedimiento la suma pactada del diez por ciento de la suma original de

cover costs and expenses of suit, including but not limited to, attorney's fees.——————————————————
de principal del presente para cubrir las costas y gastos de dicho procedimiento, incluyendo, sin limitación, honorarios de abogado——

—Borrower shall pay to the Note holder a late charge of four percent of any monthly installment not received by the—————
—El deudor pagará al tenedor de este pagaré un cargo por pago atrasado de cuatro por ciento de cualquier plazo mensual que no sea

Note holder within fifteen days after the installment is due.  Borrower may prepay the principal amount outstanding in whole——
recibido por el tenedor de este pagaré dentro de quince días después de la fecha de vencimiento de dicho plazo.  El deudor podrá pagar

or in part.  The Note holder may require that any——————————————————————————
pagar por anticipado la totalidad o parte del balance insoluto del principal.  El tenedor de este pagaré podra requerir que cualesquiera

partial prepayments (i) be made on the date monthly installments are due and (ii) be in the amount of that part of one or more——
pagos parciales (i) sean hechos  en la fecha en que vencen plazos mensuales y (ii) sean en la manera de aquella parte de uno o más——

monthly installments which would be applicable to principal.  Any partial prepayment shall be applied against the principal amount
plazos mensuales.  Cualquier pago parcial, por anticipado, será aplicado contra el principal insoluto——

PUERTO RICO 1 to 4 Family -6/75 - FNMA/FHLMC UNIFORM INSTRUMENT

outstanding and shall not postpone the due date of any subsequent monthly installments or change the amout of such installments,----
y no pospondrá la fecha de vencimiento de cualquier plazo mensual subsiguiente ni cambiará el monto de dichos plazos-------------

unless the Note holder shall otherwise agree in writing.----------------------------------------------------------------------------
a menos que el tenedor de este pagaré acuerde lo contrario por escrito.-----------------------------------------------------------

--**Presentment**, notice of dishonor and protest are hereby waived by all makers, sureties, -----------------------------------
--Por la presente se renuncian los derechos de presentación, aviso de rechazo y protesto por todos los otorgantes, fiadores,------------

guarantors and endorsers hereof.  This notice shall be the joint and several obligation of all makers, sureties, guarantors,----------
garantizadores y endosantes del presente.  Este pagaré constituye obligación solidaria de todos sus otorgantes, fiadores, garantizadores

and endorsers, and shall be binding upon them and their heriers, personal representatives, successors and assigns.---------------------
y endosantes y les obliga así como a sus herederos, representantes personales, sucesores y cesionarios.-------------------------------

--Any notice to Borrower povided for in ths Note shall be given by mailing such notice by cetified mail addressed to Borrower------
--Cualquier notificación al Deudor dispuesta en este pagaré deberá ser enviada por correo certificado dirigida al Deudor,------------

at the property address stated below, or to such other address as Borrower may designate by notice to the Note Holder.----------------
A la dirección de la propiedad que abajo se indica o a cualquier otra dirección que el deudor designe mediante notificación al tenedor

Any notice to the Note holder shall be given by mailing such notice by certified mail, return receipt requested, to the -----------------
de este pagaré. Cualquier notificación al tenedor de este pagaré deberá ser enviada por correo certificado con acuse de recibo, al-----

the Note holder at the address stated in the first paragraph of this Note, or at such other address as may have been designated by---
tenedor de este pagaré a la dirección indicada en el primer párrafo de este pagaré, o a cualquier otra dirección que se haya designado

notice to Borrower.  The indebtedness evidenced by this Note is secured by a Mortgage, dated of even date herewith, -----------------
mediante notificación al Deudor.  La deuda evidenciada por este pagaré está garantizada por una hipoteca, de fecha igual a la del----

on property as indicated in Deed number _____ 66 _____ before the subscribing notary:----------------------------------------
presente, sobre propiedad según se indica en la escritura número _____ 66 _____ ante el notario suscribiente.------------------------------

Property Address:

88  5 Street
_____

Los Pollos Ward, PR   00723
PATILLAS PR
_____

LUIS ALFONSO VELAZQUEZ   CORA

LESLIE   ANN VELAZQUEZ CORA

Affidavit Número: _____ 3545            (Execute Original Only)
                                        (Otórguese el original únicamente)

--Acknowledged and subscribed before me by the above signatories, of the personal circumnstances contained in the Mortgage Deed
--Reconocido y suscrito ante mí por los arriba firmantes, de las circunstancias personales que se relacionan en la escritura de hipoteca

hereinbefore described, whom I have identified as expressed also in said deed.--------------------------------------------------------
y a quienes he identificado según se expresa en la misma escritura.---------------------------------------------------------------

NOTARY PUBLIC
Notario Público

ROBERTO E. DAVILA LOPEZ
Abogado
Notario
PUERTO RICO

PAY TO THE ORDER OF

Without Recourse
Doral Mortgage Corporation

By: _____
Date _____

4-2-03

Pay to the order of
FIRSTBANK OF PUERTO RICO
without recourse
HF Mortgage Bankers a division of
Doral Financial Corporation

By: _____
AUTHORIZED SIGNATURE
Date: _____

Without Recourse
Pay to the order of

Authorized Signature

FirstBank Puerto Rico

En esta misma fecha libre
primera copia certificada
a favor de Doral Mort---
gage Corporation, -------

parte interesada. DOY FE.



EL NOTARIO

| NUMBER: | SIXTY SIX (66)-------------- |
| NUMERO: | SESENTA Y SEIS (66)------------ |

# -------FIRST MORTGAGE-------
# -------- PRIMERA HIPOTECA --------

——In the City of                          Puerto Rico, ——
—— En la Ciudad de    Guayama————    Puerto Rico, ——

this  twenty six (26)---  day of  March------------------
hoy día  veintiseis (26)---  de  marzo------------------

of two thousand three (2003)------------------------
del año dos mil tres (2003)------------------

————————— BEFORE ME ———————
—————————— ANTE MI ——————

—— ROBERTO E. DAVILA LOPEZ--------------, a Notary Public
                                        , Notario Público

in Puerto Rico, with residence in the City of      Ponce------------
en Puerto Rico con residencia en la Ciudad de

Puerto Rico. ————————————————
Puerto Rico. ————————————————
y oficinas en Ponce, Puerto Rico----------------
——————————— APPEAR ——————
——————————— COMPARECE(N) ——————

——The person(s) mentioned in paragraph SEVENTH hereof (herein
--- La(s) persona(s) mencionada(s) en el párrafo SEPTIMO (en adelante

"Borrower"). —————————————————
"el Deudor"). ——————————————

———I, the Notary, hereby certify that I know the appearing parties
—— Yo, el Notario, por la presente certifico que conozco a los comparecientes

herein and through their statements as to their ages, civil status,
y   por   sus   dichos   de   sus   edades,   estados   civiles,

occupations and residences. They assure me that they have, and in my
ocupaciones y residencias. Ellos me aseguran que tienen, y a mi

judgment they do have, the necessary legal capacity to execute this
juicio  tienen,  la  capacidad  legal  necesaria  para  otorgar  esta

deed; wherefore they freely ———————————————
escritura; por tanto libremente ———————————

———————— STATE AND COVENANT:—————————
———————— DECLARAN Y CONVIENEN: —————————

——FIRST: That Borrower is owner of the property described in
—— PRIMERO: Que el Deudor es dueño de la propiedad descrita en

paragraph FIFTH hereof (herein "Property") and has the
el párrafo QUINTO de la presente (en adelante "la Propiedad"), y que tiene el

right to mortgage said Property, that the Property is unencumbered,
derecho de hipotecar dicha Propiedad, que la Propiedad se halla libre de cargas

1

and that Borrower will warrant and defend the title to said
y gravámenes y que el Deudor garantizará y defenderá su título a dicha

Property against all claims and demands, subject to any declarations,
Propledad contra toda reclamación y demanda, sujeto a cualquier declaración,

easements or restrictions listed in a schedule of exceptions to coverage
servidumbre o restricción detallada en la lista de excepciones a cubierta

in any title insurance policy insuring the interest in the Property
en cualquier póliza de seguro de título que asegure el interés en la Propiedad

of the Lender mentioned in paragraph EIGHTH hereof. (herein
del Prestador mencionado en el párrafo OCTAVO de la presente (en adelante

"Lender"). — — — — — — — — — — — — — — — — — — — — —
"el Prestador"). — — — — — — — — — — — — — — — — — — —

— — SECOND: That Borrower is indebted to Lender in the
— — SEGUNDO: Que el Deudor adeuda al Prestador la

principal sum of    TWENTY FIVE THOUSAND FIVE HUNDRED DOLLARS——
suma principal de   VEINTICINCO MIL QUINIENTOS DOLARES————————

($25,500.00)————————————————————————————————
($25,500.00)————————————————————————————————

with interest thereon at the rate of    nine point ninety five——————
con interé. sobre la misma a razón del    nueve punto noventa y cinco——

percent ( ——% ) per annum, which indebtedness is evidenced by a certain
por ciento ( ——% ) anual, cuya deuda esta evidenciada por un

note payable to Lender, or to its order, dated    March twenty six——————
pagaré pagadero al Prestador, o a su orden, fechado    veintiseis (26) de————

(26) of two thousand three (2003)————————————————————
marzo del año dos mil tres (2003)————————————————————

(herein "Note") providing for monthly installments of
(en adelante "el Pagaré") en el cual se dispone para el pago de plazos mensuales de

principal and interest with the balance of the indebtedness, if not
principal e intereses con el balance de la deuda, si no ha sido

sooner paid, due and payable on    April first (1st) of two——————
antes satisfecho, vencedero y pagadero el    primero de————

thousand eighteen (2018)————————————————————————
abril del año dos mil dieciocho (2018)————————————————

— — THIRD: To secure to Lender or to the holder by endorsement of
— — TERCERO: Para garantizar al Prestador o al tenedor por endoso del

the note (a) the repayment of the indebtedness evidenced by the Note,
Pagaré (a) el pago de la deuda evidenciada por el Pagaré,

with interest thereon, (b) the performance of the covenants and
con sus intereses, (b) el cumplimiento de los pactos y

agreements of Borrower herein contained, (c) an amount of ten percent
convenios del Deudor aquí contenidos, (c) una suma equivalente al diez por ciento

of the original principal amount of the Note to cover costs, expenses and
de lo cuantía original del principal del Pagaré para cubrir costas, gastos y

2

attorney's fees in the event the holder of the Note is required to
honorarios de abogado en caso de que el tenedor del Pagaré tenga que

foreclose this Mortgage or seek judicial collection, or collection
ejecutar esta Hipoteca o recurrir a procedimiento judicial para su cobro, o su cobro

in any proceeding in bankruptcy of the Borrower, which amount shall
en cualquier procedimiento en quiebra del Deudor, cuya suma será

be considered liquid and payable by the sole act of filing the complaint
considerada líquida y exigible por el solo acto de la radicación de la demanda

and shall be in addition to the principal amount of the Note, (d) an
y será en adición al principal del Pagaré, (d) una

amount of ten percent of the original principal amount of the Note
suma equivalente al diez por ciento de la cuantía original del principal del Pagaré

to cover any other advances which may be made under this Mortgage
para cubrir cualquier otro anticipo que pueda hacerse bajo esta Hipoteca,

and (e) an amount of ten percent of the original principal amount of the
y (e) una suma equivalente al diez por ciento de la cuantía original del principal del

Note to cover interest in addition to that secured by law, Borrower
Pagaré para cubrir intereses en adición a los garantizados por ley, el Deudor

does hereby create a voluntary first mortgage on the Property. In the
por la presente constituye primera hipoteca voluntaria sobre la Propiedad. En caso

event this Mortgage is not recorded at the Registry with the agreed
de que esta Hipoteca no sea inscrita en el Registro de la Propiedad con el

rank, the same shall constitute a default hereunder entitling
rango convenido, ello constituirá un incumplimiento bajo la presente facultando al

Lender to the remedies provided in paragraph 18 hereof. — — — — —
Prestador a los remedios dispuestos en el párrafo 18 de la presente. — — — — —

— —FOURTH: Borrower and Lender further convenant and agree
— —CUARTO: El Deudor y el Prestador pactan y convienen, además,

as follows: — — — — — — — — — — — — — — — — — — — — — —
lo siguiente: — — — — — — — — — — — — — — — — — — — — — —

— —1. Payment of Principal and Interest. Borrower shall promptly pay
— —1. Pago de Principal e Intereses. El Deudor pagará puntualmente

when due the principal of and interest on the indebtedness evidenced
cuando venzan, el principal e intereses de la deuda evidenciada

by the Note, prepayment and late charges as provided in the
por el Pagaré, y los cargos por pago anticipado y retardado según dispuesto en el

Note. — — — — — — — — — — — — — — — — — — — — — — — —
Pagaré. — — — — — — — — — — — — — — — — — — — — — — — —

— —2. Funds for Taxes and Insurance. Subject to applicable law
— —2. Fondos para Contribuciones y Seguros. Sujeto a las disposiciones de ley

or to a written waiver by Lender, Borrower shall pay to Lender
aplicables o a renuncia escrita del Prestador, el Deudor pagará al Prestador



3

on the day monthly installments of principal and interest are
en la fecha en que son pagaderos según el Pagaré los plazos de principal e intereses,

payable under the Note, until the Note is paid in full, a sum
hasta que el Pagaré sea satisfecho totalmente, una suma

(herein "Funds") equal to one-twelfth of the yearly taxes
(en adelante "los Fondos") equivalente a una duodécima parte de las contribuciones

and assessments which may attain priority over this Mortgage,
e impuestos anuales que puedan adquirir prioridad sobre esta Hipoteca,

plus one-twelfth of yearly premium installments of hazard insurance,
más una duodécima parte de la prima anual de seguro contra riesgos,

plus one-twelfth of yearly premium installments for
más una duodécima parte de la prima anual del

mortgage insurance, if any, all as reasonably estimated ini-
seguro de hipoteca, si alguno, todos según razonablemente sean estimados ini-

tially and from time to time by Lender on the basis of assess-
cialmente y de tiempo en tiempo por el Prestador en base a imposicio-

ments and bills and reasonable estimates thereof. In addition,
nes y facturas y estimados razonables de los mismos. Adicionalmente,

if this Mortgage is on a condominium, or any other type of
si esta Hipoteca es sobre un condominio o cualquier otra clase de

association wherein property is jointly owned or adminis-
régimen mediante el cual la propiedad se posee o adminis-

tered and obligations for maintenance thereon arise in the Borrower,
tra en común y surjan obligaciones para el Deudor

the Borrower, at Lender's option, shall pay to Lender
respecto a su mantenimiento, a opción del Prestador, el Deudor pagará al Prestador

at the time herein provided, one-twelfth of the
en las fechas aquí dispuestas una duodécima parte de los

annual maintenance charges, and shall immediately pay to Lender
cargos anuales de mantenimiento y pagará inmediatamente al Prestador

all special assessments made. The Funds shall be held in an
todas las derramas especiales que se impongan. Los Fondos serán depositados en una

institution the deposits or accounts of which are insured by a
institución cuyas cuentas o depósitos estén asegurados por una

Federal agency (including Lender if Lender is such an
agencia federal (incluyendo el Prestador, si el Prestador es una

institution). Lender shall apply the Funds to pay said
institución de este tipo). El Prestador aplicará los Fondos al pago de dichas

taxes, assessments, insurance premiums, maintenance fees, and
contribuciones, impuestos, primas de seguro, cargos de mantenimiento y

special assessments. Lender may not charge for so holding and
derramas especiales. El Prestador no podrá cobrar por dichos servicios de depósito y

4

applying the Funds, analyzing said account, or verifying and compiling
aplicación de fondos, análisis de cuenta o la verificación y compilación de

said assessments and bills unless Lender pays Borrower interest
dichos impuestos y facturas a menos que el Prestador pague al Deudor intereses

on the Funds and applicable law permits Lender to make such a
sobre los Fondos y la ley aplicable permita al Prestador cobrar por dichos

charge. Borrower and Lender may agree in writing at the time of
servicios. El Deudor y el Prestador podrán acordar por escrito al tiempo de

execution of this Mortgage that interest on the Funds shall be paid to
otorgamiento de esta Hipoteca el pago de intereses sobre los Fondos al

Borrower, and unless such agreement is made or applicable law
Deudor y, a menos que se haga tal acuerdo o la ley aplicable

requires such interest to be paid, Lender shall not be required to pay
requiera el pago de dichos intereses, no se requerirá que el Prestador pague

Borrower any interest or earnings on the Funds. Lender shall give to
interés alguno o ingresos al Deudor sobre los Fondos. El Prestador dará al

Borrower, without charge, an annual accounting of the Funds showing
Deudor, libre de costo, un estado de cuenta anual de los Fondos indicando

credits and debits to the Funds and the purpose for which each debit
débitos y créditos a los Fondos y el propósito para el cual fue hecho cada débito

to the Funds was made. The Funds are pledged as additional security
a los Fondos. Los Fondos quedan depositados en prenda como garantía adicional

for the sums secured by this Mortgage. — — — — — — — — — — —
de las sumas garantizadas por esta Hipoteca. — — — — — — — — — — —

— — If the amount of the Funds held by Lender, together with the
— — Si la suma de los Fondos en manos del Prestador, junto con los

future monthly installments of Funds payable prior to the due dates
plazos mensuales futuros de Fondos pagaderos antes de la fecha de vencimiento

of taxes, assessments, insurance premiums and maintenance charges,
de las contribuciones, impuestos, primas de seguro y cargos de mantenimiento,

shall exceed the amount required to pay said taxes, assessments,
exceden de la cantidad necesaria para pagar dichas contribuciones, impuestos,

insurance premiums and maintenance charges as they fall due, such
primas de seguro y cargos de mantenimiento según venzan, dicho

excess shall be, at Borrower's option, either promptly repaid to
exceso será, a opción del Deudor, reembolsado inmediatamente al

Borrower or credited to Borrower on monthly installments of Funds.
Deudor o acreditado a los plazos mensuales de Fondos del Deudor.

If the amount of the Funds held by Lender shall not be sufficient to
Si la cantidad de los Fondos en manos del Prestador no fuere suficiente para

pay taxes, assessments, insurance premiums, maintenance fees and
pagar contribuciones, impuestos, primas de seguro, cargos de mantenimiento y



5

special assessments as they fall due, Borrower shall pay to Lender any
derramas especiales según venzan, el Deudor pagará al Prestador cualquier

amount necessary to make up the deficiency within thirty (30) days
cantidad necesaria para completar la deficiencia dentro de treinta (30) días

from the date notice is mailed by Lender to Borrower
a partir de la fecha de envío por correo de notificación por el Prestador al Deudor

requesting payment thereof.————————————————
requiriendo su pago. —————————————————————

——Upon payment in full of all sums secured by this Mort-
——Una vez pagadas por completo todas las cantidades aseguradas por esta Hipo-

gage, Lender shall promptly refund to Borrower any Funds
teca, el Prestador reembolsará inmediatamente al Deudor cualesquiera Fondos

held by Lender. If under paragraph 18 hereof the
en manos del Prestador. Si bajo las disposiciones del párrafo 18 de la presente la

Property is sold or the Property is otherwise acquired by Lender,
Propiedad es vendida o la Propiedad es de otro modo adquirida por el Prestador,

Lender shall apply, no later than immediately prior to the sale
el Prestador aplicará, no más tarde de inmediatamente antes de la venta

of the property or its acquisition by Lender, any Funds held by
de la Propiedad o su adquisición por el Prestador, cualesquiera Fondos en manos del

Lender at the time of application as a credit against the sums secured
Prestador al momento de su aplicación como crédito contra las sumas aseguradas

by this Mortgage.———————————————————
por esta Hipoteca.————————————————————

——3. Application of Payments. Unless applicable law provides
——3. Aplicación de Pagos. Excepto cuando ley aplicable disponga

otherwise, all payments received by Lender under the Note and
lo contrario, todos los pagos recibidos por el Prestador bajo el Pagaré y

paragraphs 1 and 2 hereof shall be applied by Lender first in
los párrafos 1 y 2 de la presente serán aplicados por el Prestador primero a

payment of amounts payable to Lender by Borrower under paragraph
pago de los sumas pagaderas al Prestador por el Deudor bajo el párrafo

2 hereof, then to interest payable on the Note and then to the prin-
2 de la presente, luego a interés pagadero bajo el Pagaré y luego al prin-

cipal of the Note. ——————————————————
cipal del Pagaré. ———————————————————

——4. Charges; Liens. Borrower shall pay all taxes, assess-
——4. Cargas; Gravámenes. El Deudor pagará todas las contribuciones, impues-

ments and other charges, fines and impositions attributable to the
tos y otros cargos, multas e imposiciones atribuibles a la

Property which may attain a priority over this Mortgage, if any,
Propiedad que puedan obtener prioridad sobre esta Hipoteca, si algunos,

6

in the manner provided under paragraph 2 hereof or, if not paid in
en la forma dispuesta bajo el párrafo 2 de la presente o, si no son pagados en

such manner, by Borrower making payment, when due, directly to the
dicha forma, mediante el pago por el Deudor, cuando venzan, directamente al

payee thereof. Borrower shall promptly furnish to Lender all
acreedor de los mismos. El Deudor suministrará inmediatamente al Prestador todas

notices of amounts due under this paragraph, and in the event
las notificaciones de cantidades vencidas bajo este párrafo, y, en caso de que

Borrower shall make payment directly, Borrower shall promptly furnish
el Deudor pague directamente, el Deudor suministrará inmediatamente

to Lender receipts evidencing such payments. Borrower
al Prestador los recibos que evidencien dichos pagos. El Deudor

shall promptly discharge any lien which has priority over this
descargará inmediatamente cualquier gravamen que tenga prioridad sobre esta

Mortgage; provided, that Borrower shall not be required to discharge
Hipoteca; disponiéndose, que no se requerirá que el Deudor descargue

any such lien so long as Borrower shall agree in writing to the payment
cualquiera de dichos gravámenes cuando el Deudor acuerde por escrito pagar

of the obligation secured by such lien in a manner acceptable to
la obligación garantizada por dicho gravamen en forma aceptable al

Lender, or shall in good faith contest such lien by, or defend
Prestador, o cuando impugne de buena fe dicho gravamen mediante, o defienda contra

enforcement of such lien in, legal proceedings which operate
la ejecución de dicho gravamen en, procedimientos legales que produzcan

to prevent the enforcement of the lien or forfeiture of the Property
el efecto de evitar la ejecución del gravamen o la pérdida de la Propiedad

or any part thereof. ——————————————————
o de cualquier parte de la misma. ——————————————————

—— 5. Hazard Insurance. Borrower shall keep the improvements now
—— 5. Seguro de Riesgos. El Deudor mantendrá las mejoras ahora

existing or hereafter erected on the Property insured against loss
existentes o en adelante eregidas en la Propiedad aseguradas contra pérdida

by fire, hazards included within the term "extended coverage", and
por fuego, riesgos incluidos dentro de término "cubierta extensa", y

such other hazards as Lender may require, and in such amounts and
tales otros riesgos como el Prestador pueda requerir y en las cantidades y

for such periods as Lender may require; provided, that Lender
por los términos que el Prestador pueda requerir; disponiéndose, que el Prestador

shall not require that the amount of such coverage exceed that amount
no podrá requerir que el monto de dicha cubierta exceda del monto

of coverage required to pay the sums secured by this Mortgage. ——
de cubierta necesario para pagar las sumas aseguradas por esta Hipoteca. ——



7

——The insurance carrier providing the insurance shall be chosen by
——El asegurador que proporcione el seguro será escogido por

Borrower subject to approval by Lender; provided, that such
el Deudor sujeto a la aprobación del Prestador; disponiéndose que tal

approval shall not be unreasonably withheld. All premiums on
aprobación no será denegada irrazonablemente. Todas las primas de

insurance policies shall be paid in the manner provided under
pólizas de seguro serán pagadas en la forma dispuesta bajo

paragraph 2 hereof or, if not paid in such manner, by
el párrafo 2 de la presente o, si no pagados en dicha forma, mediante

Borrower making payment, when due, directly to the insurance carrier.
el pago directo por el Deudor al asegurador a su vencimiento.

——All insurance policies and renewals thereof shall be in form accept-
——Todas las pólizas de seguro y sus renovaciones serán en forma acep-

able to Lender and shall include a standard mortgage clause
table al Prestador e incluirán la cláusula usual de protección al acreedor hipotecario

in favor of and in form acceptable to Lender. Lender shall have the
a favor de y en forma aceptable al Prestador. El Prestador tendrá el

right to hold the policies and renewals thereof, and Borrower
derecho de poseer las pólizas y sus renovaciones y el Deudor

shall promptly furnish to Lender all renewal notices and
suministrará al Prestador inmediatamente todas las notificaciones de renovación y

all receipts of paid premiums. In the event of loss, Borrower shall give
todos los recibos de primas pagadas. En caso de pérdida, el Deudor dará

prompt notice to the insurance carrier and Lender, and Lender may
notificación inmediata al asegurador y al Prestador, y el Prestador podrá

make proof of loss if not made promptly by Borrower. — — — — — —
hacer la prueba de pérdida si el Deudor no lo hace inmediatamente. — — — — —

——Unless Lender and Borrower otherwise agree in writing,
—— A menos que el Prestador y el Deudor acuerden lo contrario por escrito,

insurance proceeds shall be applied to restoration or re-
las indemnizaciones provenientes de seguros serán aplicadas a la restauración o re-

pair of the Property damaged, provided such restoration or
paración de la Propiedad afectada, bajo condición de que dicha restauración o

repair is economically feasible and the security of this Mortgage is not
reparación sea económicamente factible y la garantía de esta Hipoteca no quede

thereby impaired. If such restoration or repair is not economically
por ello menoscabada. Si tal restauración o reparación no fuere económicamente

feasible or if the security of this Mortgage would be impaired, the
factible o si la garantía de esta Hipoteca fuere menoscabada, las

insurance proceeds shall be applied to the sums secured
indemnizaciones provenientes de seguros serán aplicadas a las sumas garantizadas

8

by this Mortgage, with the excess, if any, paid to Borrower. If the Prop-
por esta Hipoteca, y el exceso, si alguno, pagado al Deudor. Si la Pro-

erty is abandoned by Borrower or if Borrower fails to respond to Lender
piedad es abandonada por el Deudor, o si el Deudor dejare de responder al Prestador

within thirty (30) days from the date notice is mailed
dentro de treinta (30) días a partir de la fecha de envío por correo de notificación por

by Lender to Borrower that the insurance carrier offers to settle a claim
el Prestador al Deudor de que el asegurador ofrece transigir una reclamación

for insurance benefits, Lender is authorized to collect and apply the
de beneficios de seguro, el Prestador queda autorizado a cobrar y aplicar las

insurance proceeds at Lender's option either to restoration or
indemnizaciones provenientes de seguro a opción del Prestador a la restauración o

repair of the Property or to the sums secured by this Mortgage. — — —
reparación de la Propiedad o a las sumas aseguradas por esta Hipoteca. — — —

— — Unless Lender and B-rower otherwise agree in writing, any
— — A menos que el Prestador y Deudor acuerden lo contrario por escrito, cualquier

such application of proceeds to principal shall not extend or post-
tal aplicación de las indemnizaciones a principal no actuará para extender o pos-

pone the due date of the monthly installments referred to
poner la fecha de vencimiento de los plazos mensuales a los cuales se hace referencia

in paragraphs 1 and 2 hereof or change the amount of such installments.
en los párrafos 1 y 2 de la presente o cambiar el monto de dichos plazos.

— — If under paragraph 18 hereof the Property is acquired by Lender,
— — Si bajo el párrafo 18 de la presente la Propiedad es adquirida por el Prestador,

all right, title and interest of Borrower in and to any insurance policies
todo derecho, título e interés del Deudor en y sobre cualesquiera pólizas de seguros

and in and to the proceeds thereof resulting from damage to the
y en y sobre los fondos provenientes de las mismas como resultado de daños a la

Property prior to the sale or acquisition shall pass to Lender to the
Propiedad anteriores a la venta o adquisición pasarán al Prestador hasta el

extent of the sums secured by this Mortgage immediately prior to such
monto de las sumas aseguradas por esta Hipoteca inmediatamente antes de dicha

sale or acquisition. — — — — — — — — — — — — — — — — — — — —
venta o adquisición. — — — — — — — — — — — — — — — — — — — —

— — 6. Preservation and Maintenance of Property; Condominiums;
— — 6. Conservación y Mantenimiento de la Propiedad; Condominios;

Planned Unit Developments. Borrower shall keep the Property in good
Proyectos de Unidades Planificadas. El Deudor mantendrá la Propiedad en buen

repair and shall not commit waste or permit impairment or deterioration
estado de reparación y no permitirá ni causará deterioro o menoscabo

of the Property. If this Mortgage is on a unit in a condominium or a
a la Propiedad. Si esta Hipoteca es sobre una unidad en un condominio o un



9

planned unit development, or if Borrower is a member of any other
proyecto de unidades planificadas, o si el Deudor es un miembro de cualquier otra

type of association wherein property is jointly owned or administered
clase de régimen mediante el cual la propiedad se posee o administra en común

and obligations for maintenance thereof arise in the Borrower,
y surjan obligaciones para el Deudor respecto a su mantenimiento,

Borrower shall perform all of Borrower's obligations under the declara-
el Deudor cumplirá con todas las obligaciones del Deudor bajo la declara-

tion or covenants creating or governing the condominium or
ción o convenios que establecen o gobiernan el condominio o

planned unit development, the by-laws and regulations of the condo-
proyecto de unidades planificadas, las reglas y los reglamentos del condo-

minium or planned unit development, and constituent documents, or
minio o proyecto de unidades planificadas y los documentos constituyentes, o

arising from Borrower's membership in such association. — — — — —
que surgen de la condición de miembro del Deudor en dicha asociación. — — — — —

— — 7. Protection of Lender's Security. If Borrower fails to perform
— — 7. Protección de la Garantía del Prestador. Si el Deudor dejare de cumplir

the covenants and agreements contained in this Mortgage, or if
los pactos y convenios contenidos en este Hipoteca, o si

any action or proceeding is commenced which materially affects
se comenzare alguna acción o procedimiento que materialmente afecte

Lender's interest in the Property, including, but not limited to,
el interés del Prestador en la Propiedad, incluyendo, sin implicar limitación,

eminent domain, insolvency, enforcement of regulations of the
de expropiación, insolvencia, ejecución de reglamentación de la

Planning Board of Puerto Rico or arrangements or
Junta de Planificación de Puerto Rico o concurso de acreedores o

proceedings involving a bankrupt or decedent, then Lender
procedimientos relacionados con un quebrado o un causante, el Prestador,

at Lender's option, upon notice to Borrower, may make such
a opción del Prestador, previa notificación al Deudor, podrá hacer aquellas

appearances, disburse such sums and take such action as is necessary
comparecencias, desembolsos de dineros y tomar cualquier acción que sea necesaria

to protect Lender's interest, including, but not limited to,
para proteger el interés del Prestador incluyendo, sin implicar limitación,

disbursement of reasonable attorney's fees and entry upon the Property
desembolso de honorarios razonables de abogado y entrar a la Propiedad

to make repairs. — — — — — — — — — — — — — — — — — — — —
para efectuar reparaciones. — — — — — — — — — — — — — — — — — — — —

— — If Lender required mortgage insurance as a condition of making
— — Si el Prestador requirió seguro hipotecario como condición para hacer

10

the loan secured by this Mortgage, Borrower shall pay the premiums
el préstamo garantizado por esta Hipoteca, el Deudor pagará las primas

required to maintain such insurance in effect until such time
requeridas para mantener en vigor dicho seguro hasta que expire el término durante

as the requirement for such insurance terminates in accordance with
el cual debe mantenerse en vigor dicho seguro de acuerdo con

Borrower's and Lender's written agreement or applicable law. Borrower
el convenio escrito entre el Prestador y Deudor o la ley aplicable. El Deudor

shall pay the amount of all mortgage insurance premiums in the
pagará el monto de todas las primas del seguro hipotecario según

manner provided under paragraph 2 hereof. — — — — — — — — —
dispuesto en el párrafo 2 de la presente. — — — — — — — — —

— — Any amounts disbursed by Lender pursuant to this
— — Cualesquiera sumas desembolsadas por el Prestador bajo las disposiciones de este

paragraph 7, with interest thereon, shall become additional indebtedness
párrafo 7, con intereses sobre las mismas, serán deuda adicional

of Borrower secured by this Mortgage. Unless Borrower and Lender
del Deudor garantizada por esta Hipoteca. A menos que Deudor y Prestador

agree to other terms of payment, such amounts shall be payable
convengan otros términos de pago, dichas sumas serán pagaderas

upon notice from Lender to Borrower requesting payment thereof,
inmediatamente que el Prestador notifique al Deudor requiriendo pago de las mismas,

and shall bear interest from the date of disbursement at the rate
y devengarán intereses a partir de la fecha de desembolso al tipo

payable from time to time on outstanding principal under the Note
pagadero de tiempo en tiempo sobre el principal adeudado bajo el Pagaré,

unless payment of interest at such rate would be contrary to
excepto cuando el pago de dicho interés a razón de dicho tipo resulte contrario a

applicable law, in which event such amounts shall bear interest at
ley aplicable, en cuyo caso dichas sumas devengarán intereses al

the highest rate permissible under applicable law. Nothing contained in
tipo más alto permisible bajo la ley aplicable. Nada de lo expresado en

this paragraph 7 shall require Lender to incur any expense or take
este párrafo 7 requerirá del Prestador que incurra en ningún gasto o tome

any action hereunder. — — — — — — — — — — — — — — — —
acción alguna bajo el mismo. — — — — — — — — — — — — —

— — 8. **Inspection.** Lender may make or cause to be made
— — 8. **Inspección.** El Prestador podrá hacer o causar que se hagan

reasonable entries upon and inspections of the Property, provided that
entradas razonables a, e inspecciones de, la Propiedad, disponiéndose que

Lender shall give Borrower notice prior to any such inspection speci-
el Prestador dará notificación previa al Deudor de tales inspecciones especi-



11

fying reasonable cause therefor related to Lender's interest in
ficando causa razonable para las mismas relacionadas con el interés del Prestador en

the Property. — — — — — — — — — — — — — — — — — — —
la Propiedad. — — — — — — — — — — — — — — — — — — —

— — 9. Condemnation. The proceeds of any award or claim
— — 9₁ Expropiación. Los fondos provenientes de cualquier laudo o reclamación

for damages, direct or consequential, in connection with any condemna-
por daños, directos o emergentes, en relación con cualquier expropia-

tion or other taking of the Property, or part thereof, or for conveyance
ción o enajenación forzosa de la Propiedad, o parte de la misma, o por traspaso

in lieu of condemnation, are hereby assigned and shall be paid to
en lugar de expropiación, quedan por la presente cedidos y serán pagados al

Lender. — — — — — — — — — — — — — — — — — — — — —
Prestador. — — — — — — — — — — — — — — — — — — — —

— — In the event of a total taking of the Property, the
— — En caso de enajenación forzosa total de la Propiedad, los

proceeds shall be applied to the sums secured by this Mortgage,
fondos provenientes serán aplicados a las sumas garantizadas por esta Hipoteca,

with the excess, if any, paid to Borrower. In the event of a
y el exceso, si alguno, pagado al Deudor. En caso de una

partial taking of the Property, unless Borrower and Lender
enajenación forzosa parcial de la Propiedad, a menos que el Deudor y el Prestador

otherwise agree in writing, there shall be applied to the sums secured
acuerden por escrito lo contrario, se aplicará a las sumas garantizadas

by this Mortgage such proportion of the proceeds as is equal to that
por esta Hipoteca tal proporción de los fondos provenientes que equivalga a la

proportion which the amount of the sums secured by this Mortgage
proporción que el monto de las sumas aseguradas por esta Hipoteca

immediately prior to the date of taking bears to the fair market value
inmediatamente antes de la fecha de enajenación forzosa guarde al valor en el mercado

of the Property immediately prior to the date of taking, with the
de la Propiedad inmediatamente antes de la fecha de la enajenación forzosa, y el

balance of the proceeds paid to Borrower. — — — — — — — — —
balance de dichos fondos serán pagados al Deudor. — — — — — — — —

— — If the Property is abandoned by Borrower or if, after
— — Si la Propiedad es abandonada por el Deudor, o si después

notice by Lender to Borrower that the condemnor offers to make
que el Prestador notifique al Deudor que el expropiante ofrece hacer

an award or settle a claim for damages, Borrower fails to respond
un laudo o transigir una reclamación por daños, el Deudor dejare de responder

to Lender within thirty (30) days of the date
al Prestador dentro del término de treinta (30) días a partir de la fecha de

12

such notice is mailed, Lender is authorized to collect and apply
envío por correo de dicha notificación, el Prestador queda autorizado a cobrar y aplicar

the proceeds at Lender's option either to restoration or repair of the
los fondos provenientes, a opción del Prestador, a restaurar o reparar la

Property or to the sums secured by this Mortgage. — — — — — —
Propiedad o al pago de las sumas aseguradas por esta Hipoteca. — — — — — —

— — Unless Lender and Borrower otherwise agree in writing,
— — A menos que el Prestador y el Deudor acuerden lo contrario por escrito,

any such application of proceeds to principal shall not extend or post-
dicha   aplicación   de   fondos   a   principal   no   extenderá   o   pos-

pone the due date of the monthly installments referred to in
pondrá la fecha de vencimiento de los plazos mensuales a los cuales se refieren los

paragraphs 1 and 2 hereof or change the amount of such installments.
párrafos  1  y  2  de  la  presente,  ni  cambiará  el  monto  de  dichos  plazos.

— — 10. Borrower Not Released. Extension of the time for payment or
— — 10.  Deudor no queda Relevado.  Ni la prórroga de la fecha de pago, ni

modification of amortization of the sums secured by this Mortgage
la modificación de la amortización de las sumas aseguradas por esta Hipoteca

granted by Lender to any successor in interest of Borrower shall not be
concedidas  por  el  Prestador  a   cualquier  sucesor  en  título,  constituirá

a novation of this Mortgage nor operate to release, in any manner, the
una   novación   de   esta   Hipoteca   ni   relevará,   en   forma   alguna,

liability of the original Borrower and Borrower's successors in interest.
al Deudor original ni a los sucesores en título del Deudor de responsabilidad.

Lender shall not be required to commence proceedings against such
No se requerirá del Prestador que comience procedimientos contra tal

successor or refuse to extend time for payment or otherwise modify
sucesor, ni que rehuse extender la fecha de pago o de otra forma modifique

amortization   of   the   sums   secured   by   this   Mortgage   by
la   amortización   de   las   sumas   garantizadas   por   esta   Hipoteca   por

reason   of   any   demand   made   by   the   original   Borrower   and
razón   de   cualquier   exigencia   del   Deudor   original   y

Borrower's successors in interest. — — — — — — — — — — — — —
los sucesores del Deudor. — — — — — — — — — — — — — — —

— — 11. Forbearance  by  Lender  Not  a  Waiver.  Any
— — 11.  Indulgencia de Morosidad por Prestador no Constituye Renuncia. Cualquier

forbearance   by   Lender   in   exercising   any
indulgencia de morosidad concedida por el Prestador en el ejercicio de cualquier

right or remedy hereunder, or otherwise afforded by applicable law,
derecho o remedio bajo la presente, o de otro modo concedida por ley aplicable,

shall not be a waiver of or preclude the exercise of any right or remedy.
no constituirá una renuncia ni impedirá el ejercicio de cualquier derecho o remedio.



13

The procurement of insurance or the payment of taxes or other liens or
La obtención de seguros, o el pago de contribuciones u otra carga o

charges by Lender shall not be a waiver of Lender's right to
gravamen, por el Prestador no constituirá renuncia del derecho del Prestador a

accelerate the maturity of the indebtedness secured by this Mortgage.
acelerar el vencimiento de la deuda garantizada por esta Hipoteca.

——12. **Remedies Cumulative.** All remedies provided in this Mortgage
——12. **Remedios Cumulativos.** Todos los remedios dispuestos en esta Hipoteca

are distinct and cumulative to any other right or remedy under
son independientes de, y cumulativos a, cualquier otro derecho o remedio bajo

this Mortgage or afforded by law or equity, and may be exercised con-
esta Hipoteca u ofrecido por ley o equidad, y podrán ser ejercidos con-

currently, independently or successively. — — — — — — — — — —
currentemente, independientemente o sucesivamente. — — — — — — — —

——13. **Successors and Assigns Bound; Joint and Several Liability;**
——13. **Sucesores y Cesionarios Obligados; Responsabilidad Solidaria;**

**Captions.** The covenants and agreements herein contained shall bind,
**Títulos.** Los pactos y convenios contenidos en la presente obligarán,

and the rights hereunder shall inure to, the respective successors
y los derechos concedidos bajo la presente beneficiarán, a los sucesores

and assigns of Lender and Borrower, subject to the provisions
y cesionarios respectivos del Prestador y del Deudor, sujeto a las disposiciones

of paragraph 17 hereof. All covenants and agreements of Borrower
del párrafo 17 de la presente. Todos los convenios del Deudor

shall be joint and several. The captions and headings of the paragraphs
serán solidarios. . Los títulos y epígrafes de los párrafos

of this Mortgage are for convenience only and are not to be used
de esta Hipoteca son para conveniencia únicamente y no serán usados

to interpret or define the provisions hereof. — — — — — — — — — —
para interpretar las disposiciones de la presente. — — — — — — — — — —

——14. **Notice.** Except for any notice required under applicable
——14. **Notificación.** Excepto por cualquier notificación que la ley aplicable

law to be given in another manner, (a) any notice to Borrower provided
requiera sea dada de otra manera, (a) toda notificación al Deudor dispuesta

for in this Mortgage shall be given by mailing such notice by certified
en esta Hipoteca será dada enviando dicha notificación por correo certificado

mail addressed to Borrower at the Property Address or at such other
dirigida al Deudor a la Dirección de la Propiedad o a cualquier otra

address as Borrower may designate by notice to Lender as provided
dirección que el Deudor designe por notificación al Prestador según indicado

herein, and (b) any notice to Lender shall be given by certified mail.
en la presente, y (b) toda notificación al Prestador sera dada por correo certificado

14

return receipt requested, to Lender's address stated herein or to such
con acuse de recibo a la Dirección del Prestador indicada en la presente o a cualquier

other address as Lender may designate by notice to Borrower as
otra dirección que el Prestador designe por notificación al Deudor según

provided herein. Any notice provided for in this Mortgage
indicado en la presente. Se considerará dada cualquier notificación al Prestador

shall be deemed to have been given to Borrower or Lender when given
o al Deudor si se da

in the manner designated herein. — — — — — — — — — — —
en la manera dispuesta en la presente. — — — — — — — — — — —

— — 15. Uniform Mortgage; Governing Law; Severability. This form of
— — 15. Hipoteca Uniforme; Ley que Rige; Separabilidad. Esta forma de

mortgage was developed from mortgage instruments prepared for
hipoteca fue desarrollada a base de instrumentos hipotecarios preparados para

use throughout the United States of America with limited variations
uso a través de los Estados Unidos de América con cambios limitados

by jurisdiction to constitute a uniform security instrument
por jurisdicción con el propósito de constituir un instrumento uniforme de garantía

covering real property. This Mortgage shall be governed by the law of
inmobiliaria. Esta Hipoteca será regida por la ley de

the jurisdiction in which the Property is located. In the event that any
la jurisdicción en la cual esté localizada la Propiedad. En caso de que cualquier

provision or clause of this Mortgage or the Note conflicts with
disposición o cláusula de esta Hipoteca o del Pagaré conflija con

applicable law, such conflict shall not affect other provisions of this
la ley aplicable, dicho conflicto no afectará otras disposiciones de esta

Mortgage or the Note which can be given effect without the
Hipoteca o del Pagaré a las cuales pueda darse efecto sin la

conflicting provision, and to this end the provisions of the Mortgage
disposición conflictiva y, a tal fin, las disposiciones de esta Hipoteca

and the Note are declared to be severable. — — — — — — — — — —
y del Pagaré son declaradas separables. — — — — — — — — — —

— — 16. Borrower's Copy. Borrower shall be furnished a conformed copy
— — 16. Copia del Deudor. El Deudor será suplido con una copia concordante

of the Note and of this Mortgage within seven (7) days of the date of
del Pagaré y de esta Hipoteca dentro de siete (7) días a partir de la fecha del

execution hereof. — — — — — — — — — — — — — — — — —
otorgamiento de la presente. — — — — — — — — — — — — — —

— — 17. Transfer of the Property; Assumption. If all or any part of the
— — 17. Transferencia de Propiedad; Asunción. Si toda o parte de la

Property or an interest therein is sold or transferred by Borrower
Propiedad, o un interés en la misma, es vendido o transferido por el Deudor



15

without Lender's prior written consent, excluding (a) the creation
sin el consentimiento previo por escrito del Prestador, excluyendo (a) la creación

of a lien or encumbrance subordinate to this Mortgage, (b) the crea-
de una carga o gravamen subordinada a esta Hipoteca, (b) la crea-

tion of a purchase money security interest for household appliances,
ción de una garantía del precio de compraventa de enseres del hogar,

(c) a transfer by devise or descent or (d) the grant of any
(c) una transferencia por legado o herencia, o (d) la concesión de un

leasehold interest of three years or less not containing an option
derecho de arrendamiento de tres años o menos que no contenga una opción

to purchase, Lender may, at Lender's option, declare all the sums
de compra, el Prestador podrá, a opción del Prestador, declarar todas las sumas

secured by this Mortgage to be immediately due and payable. Lender
aseguradas por esta Hipoteca inmediatamente vencidas y pagaderas. El Prestador

shall have waived such option to accelerate if, prior to the sale or
habrá renunciado tal derecho de aceleración si, antes de la venta o

transfer, Lender and the person to whom the Property is to be sold
transferencia, el Prestador y la persona a quien la Propiedad ha de ser vendida

or transferred reach agreement in writing that the credit of such
o transferida llegan a un acuerdo por escrito a efectos de que el crédito de dicha

person is satisfactory to Lender and that the interest payable on
persona es satisfactorio al Prestador y de que el interés pagadero

the sums secured by this Mortgage shall be at such rate as
sobre las sumas aseguradas por esta Hipoteca será el tipo que

Lender shall request. The waiver of the option to accelerate
requiera el Prestador. La renuncia por el Prestador a la opción de aceleración

provided in this paragraph 17 by Lender shall not be interpreted as a
dispuesta en este párrafo 17 no será interpretada como un

release from Borrower's obligations under this Mortgage and the Note.
relevo de las obligaciones del Deudor bajo esta Hipoteca y el Pagaré.

——If Lender exercises such option to accelerate, Lender
——Si el Prestador ejerce dicha opción de aceleración, el Prestador

shall mail Borrower notice of acceleration in accordance with
enviará por correo al Deudor notificación de aceleración de acuerdo con

paragraph 14 hereof. Such notice shall provide a pe-
las disposiciones del párrafo 14 de la presente. Dicha notificación concederá un pe-

riod of not less than thirty (30) days from the date
ríodo de no menos de treinta (30) días a partir de la fecha de

the notice is mailed within which Borrower may pay the sums
envío por correo de la notificación durante el cual el Deudor podrá pagar las sumas

declared due. If Borrower fails to pay such sums prior to the
declaradas vencidas. Si el Deudor dejare de pagar dichas sumas antes de la

16

expiration of such period, Lender may, without further notice or
expiración de dicho período, el Prestador podrá, sin necesidad de notificación o

demand    on    Borrower,    invoke    any    remedies    permitted
requerimiento adicional al Prestador, invocar cualquiera de los remedios permitidos

by paragraph 18 hereof. — — — — — — — — — — — — — — —
por el párrafo 18 de la presente. — — — — — — — — — — — — — — —

— — 18.   Acceleration; Remedies.   Except as provided in paragraph 17
— — 18.   Aceleración; Remedios.   Excepto según se dispone en el párrafo 17

hereof, upon Borrower's breach of any covenant or agreement of
de la presente, al incumplir el Deudor cualquiera de los pactos o convenios del

Borrower in this Mortgage, including the covenants to pay when due any
Deudor en esta Hipoteca, incluyendo los pactos de pagar a su vencimiento las

sums   secured   by   this   Mortgage,   Lender   prior   to   acceleration
sumas garantizadas por esta Hipoteca, el Prestador, antes de acelerar su vencimiento,

shall   mail   notice   to   Borrower   as   provided   in   paragraph   14
enviará por correo notificación al Deudor, según dispuesto en el párrafo 14

hereof specifying:   (1)   the   breach;   (2)   the   action   re-
de la presente, especificando lo siguiente: (1) el incumplimiento; (2) la acción re-

quired   to   cure   such   breach;   (3)   a   date,   not   less
querida para subsanar dicho incumplimiento; (3) la fecha límite, que no será anterior

than thirty (30) days from the date the notice is mailed to Bor-
a treinta (30) días a partir de la fecha de envío por correo de la notificación al Deu-

rower,   by   which   such   breach   must   be   cured;   and   (4)
dor, antes de la cual dicho incumplimiento deberá ser subsanado; y (4)

that   failure   to   cure   such   breach   on   or   before   the   date
una indicación de que dejar de subsanar dicho incumplimiento en o antes de la fecha

specified   in   the   notice   may   result   in   acceleration
límite especificada en la notificación podrá resultar en la aceleración del vencimiento

of the sums secured by this Mortgage, foreclosure by judicial proceeding
de las sumas garantizadas por esta Hipoteca, ejecución por la vía judicial



and sale of the Property. The notice shall further inform Borrower of the
y la venta de la Propiedad. La notificación informará al Deudor, además, de su

right to reinstate after acceleration and the right to assert
derecho a rehabilitación con posterioridad a la aceleración y de su derecho a aseverar

the non-existence of a default or any other defense of Borrower to
la inexistencia de incumplimiento o cualquier otra defensa del Deudor a la

acceleration and foreclosure in the foreclosure proceeding. If the breach
aceleración o ejecución en cualquier procedimiento de ejecución. Si el incumplimiento

is not cured on or before the date specified in the notice,
no es subsanado en o antes de la fecha límite especificada en la notificación,

Lender at Lender's option may declare all of the sums secured by
el Prestador, a opción del Prestador, podrá declarar todas las sumas garantizadas por

17

this Mortgage to be immediately due and payable without
esta Hipoteca inmediatamente vencidas y pagaderas sin necesidad de

further demand and may foreclose this Mortgage by judicial proceeding.
requerimiento adicional y podrá ejecutar esta Hipoteca por la vía judicial.

Lender shall be entitled to collect in such proceeding all expenses of
El Prestador tendrá derecho a cobrar en dicho procedimiento todos los gastos de

foreclosure, including, but not limited to, attorney's fees, and costs of
ejecución, incluyendo, sin implicar limitación, honorarios de abogado, y el costo de

documentary evidence, abstracts and title reports. — — — — — — — —
evidencia documentaria, resúmenes y estudios de título. — — — — — — —

— — 19. Borrower's  Right  to  Reinstate.  Notwithstanding
— — 19. Derecho de Rehabilitación del Deudor.  No  empece

Lender's acceleration of the sums secured by this Mortgage,
la aceleración por el Prestador de las sumas garantizadas por esta Hipoteca,

Borrower shall have the right to have any proceedings begun by
el Deudor tendrá derecho de paralizar cualquier procedimiento comenzado por

Lender to enforce this Mortgage discontinued at any time prior to
el Prestador para ejecutar esta Hipoteca en cualquier momento antes de

entry of a judgement enforcing this Mortgage if: (a) Borrower pays
que se dicte sentencia ejecutando esta Hipoteca si: (a) el Deudor paga

Lender all sums which would be then due under this Mortgage and
al Prestador todas las sumas que estuvieren vencidas bajo esta Hipoteca y

the Note including advances, if any, had no acceleration occurred;
el Pagaré incluyendo adelantos, si algunos, de no haber ocurrido la aceleración;

(b) Borrower cures all breaches of any other covenants or
(b) el Deudor subsana todos los incumplimientos de cualesquiera otros pactos o

agreements of Borrower contained in this Mortgage; (c) Borrower pays
convenios del Deudor contenidos en esta Hipoteca; (c) el Deudor paga

all reasonable expenses incurred by Lender in enforcing the covenants
todos los gastos razonables incurridos por el Prestador en la ejecución de los pactos

and agreements of Borrower contained in this Mortgage and in enforcing
y convenios del Deudor contenidos en esta Hipoteca y en la ejecución

Lender's remedies as provided in paragraph 18 hereof, including,
de los remedios del Prestador dispuestos en el párrafo 18 de la presente, incluyendo,

but not limited to, attorney's fees; and (d) Borrower takes such action
sin implicar limitación, honorarios de abogado; y (d) el Deudor toma aquella acción

as Lender may reasonably require to assure that the lien of
que el Prestador pueda razonablemente requerir para asegurar que el gravamen de

this Mortgage, Lender's interest in the Property and Borrower's obligation
esta Hipoteca, el interés del Prestador en la Propiedad y la obligación del Deudor

to pay the sums secured by this Mortgage shall continue
de pagar las sumas garantizadas por esta Hipoteca continuarán inalteradas

18

unimpaired.  Upon such payment and cure by Borrower, this Mortgage and the-----------
adversamente.  Al haer el Deudor dicho pago y subsanar dicho incumplimiento, esta------

obligations secured hereby shall remain in full force and effect as if no-----------
hipoteca y las obligacione sgarantizadas por la misma quedarán en completa fuerza y------

acceleration had occurred.-----------
vigor como si no hubiera ocurrido aceleración.-----------

--20- **Assignment of Rents; Appointment of Receiver.** As additional security-----------
--20.  **Cesión de Renta: Designación de Síndico:**  Como garantía adicional, -----------

hereunder, Borrower hereb assigns to Lender the rents of te Property; provided that-------
el deudor por la presente cede al Prestador las rentas de la Propiedad, disponiéndose que--

Borrower shall, proior to acceleration under paragraph 18hereof or abandonment-----------
el deudor, antes de aceleración de vencimiento bajo el párrafo 18 de la prsente o abandono

of the Property, have the right to collect and retain such rents as they become due and-----
de la propiedad tendrá el derecho de cobrar y retener dichas rentas según venzan y sean---

payable.-----------
pagaderas.-----------

--Upon acceleration under paragraph 18 hereof or abandonment of the Property,-----------
--Al ocurrir una aceleración bajo el párrafo 18 de la presente o el abandono de la propiedad

Lender shall be entitled to have a receiver appointed by a court to enter upon, take--------
el Prestador tendrá derecho a que se designe por un tribunal o un síndico que entre, tome--

possession of and manage the Property and to collect the rents of the Property, including-
posesión de y administre la Propiedad y que cobre las rentas de la Propiedad, incluyendo-

those past due.  All rents collected b the receiver shall be applied first to payment of the--
las anteriormente vencidas. Todas las rentas cobradas por el síndico serán aplicadas primero

cost of management of the Property and collection of rents, including, but not limited to--
al pago de los gastos de administración de la Propiedad y del cobro de las rentas, incluyendo

receivers fees, premiums on receivers bonds and attorneys fees, and then to the sums-----
sin que implique limitación, a los honorarios del síndico, primas de la finaza del síndico y

secured by this Mortgage.  The receiver shall be -----------
honorarios de abogado y luego a las sumas garantizadas por esta Hipoteca.  El síndico será

liable to account only for those rents actually received.-----------
responsable de rendir cuentas unicamente respecto a las rentas realmente recibidas.-------

--21. **Release.** Upon payment of all sums secured vby this Mortgage, Lender shall release
--21- **Descargo:** Una vez pagadas todas las sumas garantizadas por esta Hipoteca, el Pres-

and cancel this Mortgage at Borrower's expense, or, at Borrower's option, endorse-----------
tador liberará y cancelará esta hipoteca por cuenta del Deudor, o, a opción del Deudor, --

the Note "for cancellation only" without charge to Borrower.-----------
endosará el pagaré "para su cancelación únicamente" sin cargo alguno al Deudor.---------



-19-

--FIFTH: The Property: --------------------------------------------------------------------
--QUINTO. LA PROPIEDAD: ---------------------------------------------------------------

--The description of the mortgaged property is:-----------------------------------------------
--La descripción de la Propiedad hipotecada es la siguiente:---------------------------------

RUSTICA:  Parcela marcada con el número ochenta yocho (88)-
en el plano de parcelación de la comunidad Rural Polios II-
del Barrio Pollos del término municipal de Patillas, con--
una cabida superficial de CUATROCIENTOS DIECIOCHO PUNTO--
CERO TRES METROS CUADRADOS  (418.03). En lindes por el----
Norte, con la parcela número noventa y dos (92) y la ochen-
ta y siete (87) de la comunidad, por el Sur, con la  parce-
la número ochenta y nueve (89) de la comunidad, por el----
Este, con la parcela número ochenta y siete (87) y la calle
número cinco (5) de la comunidad, ypor el Oeste, con las---
parcelas números ochenta y nueve (89) y la noventa y uno--
(91) de la comunidad.----------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

together with all the structures, improvements now or hereafter erected on the Property---
junto con todas las estructuras,mejoras actuales o futuras en la propiedad-------------------

and all easements, rights, appurtenances and rents, and all fixtures now and hereafter-----
y todas las serivudmbres, derechos, pertenencias y rentas y todos los muebles actualmen-

attached to the Property, all of which, including replacements and additions-----------------
te o en el futuro adheridos a la propiedad, todos los cuales, incluyendo los que ios---------

thereto shall be deemed to be and remain a part of the Property covered by this-------------
reemplacen o se le añadan en el futuro, serán considerados como parte de la Propiedad---

Mortgage.-----------------------------------------------------------------------------------
cubierta por esta Hipoteca.------------------------------------------------------------------

--The property is recorded at--------------------------------------------------------------
--La propiedad está inscrita al  ----------------------------------------------------------
Inscrita al folio ciento cuatro (104) del tomo ciento setenta-
y ocho (178) de Patillas, finca número siete mil novecientos--
veinticuatro (7924), Registro de Guayama.------------------------

Adquirieron los deudores hipotecarios la propiedad antes-------
descrita según Certificación suscrita con  fecha dos (2) de-
febrero del año  mil novecientos noventa (1990), según---------
inscripción primera.--------------------------------------------

Dicha propiedad se encuentra afecta a Hipoteca en garantía----
de pagaré suscrito a favor de  Doral Mortgage Corporation,----
por la suma de VEINTE MIL DOLARES ($20,000.00), según inscrip-
ción  segunda yúltima, la cual  será  saldada y cancelada con-
el producto de la obligación  hipotecaria  que aquí se cons---

-20-

tituye.------

---

---

---

---

---

---

---

---

---**SIXTH:** Value of the Property.----------
--**SEXTO:** Valor de la propiedad--------
---Pursuant to the provisions of Act Sixty Nine------
--En cumplimiento de las disposiciones de la ley número sesenta y nueve--------

aproved by the Legislative Assembly of Puerto Rico, on the second day ----------
aprobada por la legislatura de Puerto Rico, el dos-----

of August Nineteen Hundred and thirty-one, amending article
de agosto de mil novecientos treinta y uno, enmendatoria del artículo

one hundred twenty seven of the Mortgage Law of Puerto Rico, the
número ciento veintisiete de la Ley Hipotecaria de Puerto Rico, la

Property has a value of TWENTY FIVE THOUSAND FIVE HUNDRED DOLLARS
Propiedad tiene un valor de VEITNICINCO MIL QUINIENTOS DOLARES------

($25,500.00) ------------------------
($25,500.00)------------------------
and his value shall serve as the lowest bid at the first auction in
y este valor servirá como oferta mínima en la primera subasta en

the event of foreclosure proceedings.------------
casos de procedimiento de ejecución.-----

--**SEVENTH:** Appearing Parties ("Borrower")------------
--**SEPTIMO:** Comparecientes ("Deudor")------



DON LUIS ALFONSO VELAZQUEZ CORA, seguro social número-----
██████ y DOÑA LESLIE ANN TORRES RODRIGUEZ, seguro-----
social número ██████ mayores de edad, casados entre---
sí, propietarios y vecinos de Patillas, Puerto Rico.-------

---

---

**DORAL MORTGAGE CORPORATION,** una corporación organizada y existente bajo las leyes del Estado Libre Asociado de Puerto Rico, con oficina principal de Negocios en Río Piedras, Puerto Rico, con seguro social patronal núm ████████ representada en este acto por Miguel Antonio Fuentes Ri███████, mayor de edad, casado seguro social número ███████████ , mayor de edad, casado propietario y vecino de Ponce, Puerto Rico, debidamente facultado para comparecer a este otorgamiento, según Resolución Corporativa de fecha cuatro (4) de marzo de mil novecientos noventa y seis (1996), ante el Notario Miguel García Suárez.-----

21

--**EIGHTY**: Lender.  The lender is Doral Mortgage Corporation----------------------------
--**OCTAVO**: El prestador es Doral Mortgage Corporation-----------------------------

and the Lenders address is 65th Infantería Avenue, Río Piedras, Puerto Rico.----------------
y la dirección del prestador es Avenida 65 Infantería 356, Río Piedras, Puerto Rico.--------

--**NINTH**: Waiver of Homestead Rights.------------------------------------
--**NOVENO**: Renuncia de Hogar seguro.------------------------------------

--Borrower hereby waives, in favor of the Lender, to the fullest extent allowed by law,---
El Deudor por la presente renuncia a favor del prestador, hasta el límite permitido por ley

all homestead and similar rights confered upon Borrower by any law, including, without----
todos sus derechos similares conferidos al deudor por cualquier ley incluyendo sin--------

limitation, the provisions of the Puerto Rico Right of Homestead (31-----------------------
implicar limitación, las disposiciones sobre Derecho de Hogar seguro de Puerto Rico (31

L.P.R.A. 1851-1857)--------------------------------------------------------
L.P.R.A 1851-1857)---------------------------------------------------------

--**TENTH**: Property Adress: the Property Address shall be the address ---------------------
--**DECIMO**: Dirección de la Propiead.  La Dirección de la Propiedad será la dirección---

stated in the Note as the Property Address.-------------------------------------
indicada en el Pagaré como Dirección de la Propiedad.------------------------------

--------------------------------------**ACCEPTANCE**-----------------------------
--------------------------------------**ACEPTACION**-----------------------------

--THE appearing parties accept this Deed in its entirety and I, the Notary, made to the-----
----Los comparecientes aceptan esta escritura en su totalidad y yo, el Notario, hice a los---

appearing parties the necessary legal warnings concerning the execution of the same-------
comparecientes las advertencias legales pertinentes relativas a su otorgamiento.  ----------

I, the Notary, advised the appearing parties as to their right to have witnesses---------------
Yo, el Notario advertí a las partes comparecientes de su derecho de tener testigos----------

present at this execution, which right they waived.  The appearing parties having read----
presentes a este otorgamiento, a cuyo derecho renunciaron. Habiendo los comparecientes

this Deed in its entirety, fully ratify and confirm the statements contained-------------------
leído la escritura en su totalidad, la ratifican totalmente y confirman que las declaraciones

herein as the true and exact embodiment of their stipulations, terms and conditions.-------
contenidas en la misma reflejan fiel y exactamente sus estipulaciones, términos y ---------

Whereupon the appearing parties signed this Deed, before me, the Notary, and signed ----
condiciones. En cuya virtud los comparecientes firman esta escritura ante mí, el Notario,-

their initials on ----------------------------------------------------------------
y firmar sus iniciales en----------------------------------------------------------
---------------------------------------------------------------------------
---------------------------------------------------------------------------
---------------------------------------------------------------------------
---------------------------------------------------------------------------
---------------------------------------------------------------------------
---------------------------------------------------------------------------
---------------------------------------------------------------------------
---------------------------------------------------------------------------
---------------------------------------------------------------------------

22

each and every page of this Deed.---------------------------------------------
todas y cada una de la página de esta escritura.--------------------------------

--The Notary states that he has advised the appearing party(ies) --------------------
--El notario autorizante hace constar el haber advertido a los comparecientes-------

that, if the property object of this deed is subject to any mortgage liens with-------
que, de estar la propiedad objeto de esta escritura sujeta a algún gravamen---------

priority over this mortgage, according to the agreement with the financing---------
hipotecario con prioridad a la hipoteca constituída mediante esta escritura,------------

institution and the requirement of the Regulation-----------------------------
según lo acordado con la institución financiera y requerido por el Reglamento-----

number 5337 approved by the Office of the Commissioner for-----------------------
Registro numero 5337 promulgado por la Oficina del Comisionado de-------------

Financial Institutions, the financing institution must retain from the-----------------
Instituciones Financieras, la institución financiera debera retener de los------------

funds generated by this mortgage loan a balance sufficient to pay--------------------
fondos generados por el préstamo garantizado por esta hipoteca un balance-------

and cancel said lien(s); that there is(are) a (some) check(s) which said-------------
suficiente para saldar y cancelar dicho(s) gravamen(es), que existe(n)-----------------

Regulation number 5337 requires the financing institution to remit to said---------
un(os) cheque(s) el(los) cual(es) dicho Reglamento numero 5337 requiere---------

creditor(s) in order to obtain the cancellation of said (lien)(s). although there------
que la institución financiera remita al (los) acreedor(es) correspondiente(s)---------

is no guaranty that this will be done, that the owner of the------------------------
para la cancelación de tal(es) gravámen(es), aunque esto no constituye una--------

property being mortgaged pursuant to this deed has the rightto require--------------
garantía absoluta de que ello así será hecho; que el dueño de la propiedad----------

that such lien(s) be cancelled concurrently with this financing,--------------------
hipotecada mediante esta escritura tiene el derecho a exigir que tal(es) -------------

and that if said owner voluntarily waives such right the appearing parties ---------
gravamen(es) sean(n) cancelado(s) en el mismo acto de este financiamiento,-------

have been advised and aware of the risks and consequences-----------------------
y que de renuciar voluntariamente a este derecho el (los) comparecientes-----------

if such lien(s) are not cancelled, and that-----------------------------------
queda(n) advertido(s) y está (n) conciente(s) de los riesgos y consecuencias-------

under the provisions of the Truth in lending Act,-------------------------------
de que dicho(s) gravamen(es) no sea(n) cancelado(s), y que bajo las-------------

in such cases as these-----------------------------------------------------
disposiciones del Truth & Lending Act, en los casos en que estas-----------------

provisions are applicable, the financing institution has no obligation to------------
disposiciones sean aplicables, la institución financiera no tiene obligación de-------

disburse any of the proceeds of the loan secured by this mortgage until------------
desembolsar todo ni parte del préstamo garantizado por esta hipoteca hasta--------

in the appropiate cases, the mortgagee shall waive such right to -------------------
que, en los casos apropiados, el deudor hipotecario renuncia al derecho de---------



23

rescind or until the period allowed for such recission has expired.————————
rescindir o hasta haber transcurrido el periodo durante el cual él tiene.—————

These warnings having been made, the appearing party(ies)————————————
el derecho de rescindir el préstamo.  Hechas estas advertencias, el (los)————————

have waived the right to require that said lien(s) be cancelled.————————————
compareciente(s) ha(n) renunciado al derecho de exigir que tal(es) gravámen————

concurrently with this act.————————————————————————————
(s) sea(n) cancelado(s) en este mismo acto.—————————————————————

--I, the Notary, do hereby certify as to every thing stated or —————————————
--Yo, el Notario, por la presente certifico que de todo lo declarado y—————————

contained in this instrument.————————————————————————
contenido en este instrumento.————————————————————————

--At the moment of signing this Deed, I, the Notary, hereby do certify—————————
--Al momento de firmarse esta escritura, yo, el Notario certifico——————————

that I personally known   Miguel Antonio Fuentes Rivera——————————
que conozco personalmente a   Miguel Antonio Fuentes Rivera————————

and that I do not personally know the mortgagors,—————————————————
y por no conocer personalmente a los deudores hipotecarios,—————————————

and there is no attesting witness available to identify the mortgagors, and the notary
el notario da fe de la identidad de la parte compareciente ——————————————

here by gives faith of the identity of the mortgagors by the suppletory means ———
por el medio supletorio descrito en el artículo diecisiete C——————————————

described in Article seventeen C (17-C) of the Notarial Law in force:—————————
(17-C) de la Ley Notarial vigente:———————————————————————

a   Luis Alfonso Velázquez Cora mediante  licencia de conducir

numero   ██████

y a   Leslie  Ann Torres Rodríguez mediante  licencia de————

conducir núme   ██████

documentos que contienen retrato y firma respectivamente, los cuales fueron
mostrados voluntariamente.———————————————————————————
--YO, EL NOTARIO, REPITO LA FE.————————————————————————



"I hereby certify that the document upon which
this certificate is affixed is a true simple copy of
the original document permanently included and
forming part of my notarial protocol, and of the
certified copy presented for protocol of
registration."

NOTARY PUBLIC

24

# ESTUDIO DE TITULO

**A**               : ABLITT LAW OFFICES, P.C.

**CASO**        : LUIS ALFONSO VELAZQUEZ CORA

**FINCA**       : No. 7,924, inscrita al Folio 104, del Tomo 178 de Patillas
                    Registro de la Propiedad, Sección de Guayama

**Descripción** : **RUSTICA:** Parcela marcada con el **No. 88** del Plano de parcelación de la Comunidad Rural  Pollos II del **Barrio Pollos** del término Municipal de **Patillas**, con una cabida superficial de **418.03 metros cuadrados.**  En lindes por el  **NORTE**, con parcela # 92 y 87 de la comunidad; por el **SUR**, con parcela 89 de la comunidad; por el **ESTE**, con parcela 87 y Calle # 5 de la comunidad; y por el **OESTE**, con parcelas 89 y 91 de la comunidad.

**Tracto Registral**: Se segrega de la finca # 6,990, inscrita al folio 266 del tomo 156 de Patillas.

**Dominio:** Consta inscrita a favor de **LUIS ALFONSO VELAZQUEZ CORA** y su esposa **LESLIE ANN TORRES RODRIGUEZ,** quienes adquieren por segregación y compra venta al Estado Libre Asociado de Puerto Rico, por el precio de **$1.00**; mediante Certificación dada en San Juan el 2 de febrero de 1990, por Angel David Dávila, Director Ejecutivo del Area de Desarrollo Social, Departamento de la Vivienda; inscrita al  Folio 104 del Tomo 178, finca # 7,924 de Patillas, inscripción primera.

**Gravámenes**:

**Por su procedencia**: se encuentra libre de cargas.

**Por si**:

**1.  Hipoteca** en garantía de un pagaré a favor de Doral Mortgage Corporation, o a su orden, por la suma de **$25,500.00**, intereses al 9.95 % anual, vencedera el 1 de abril de 2018; constituida mediante escritura # 66, otorgada en Guayama el 26 de marzo de 2003, ante el notario Roberto E. Dávila López; inscrita al Folio 215 del Tomo 219, finca # 7,924 de Patillas, inscripción tercera.

**Revisados**: Registros Embargos Estatales, Sentencias, Contribuciones Federales y Bitácora electrónica, se refiere al día de la fecha, antes de la apertura del libro de diario. 19 de enero de 2010.

*Migdalia Vega García*

 Migdalia Vega García
Investigadora de Títulos

**Nota:** no somos responsables de los errores u omisiones del sistema de bitácora electrónica

TEL. 1 (787) 855-0953 • FAX 1 (787) 807-5336 • Email: webmaster@amtitlepr.com

A.M. TITLE SERVICES

P. O. BOX 1348 - MANATI, P. R. 00674

NUESTRA RESPONSABILIDAD POR ERRORES U OMISIONES COMETIDAS EN ESTE ESTUDIO DE TITULO, SEAN POR NEGLIGENCIA NUESTRA O DEL REGISTRO DE LA PROPIEDAD ESTA LIMITADA A LA CANTIDAD PAGADA POR ESTE ESTUDIO PARA MÁS PROTECCIÓN RECOMENDAMOS QUE ADQUIERA UN SEGURO DE TITULO

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN THE MATTER OF:<br>Luis A. Velázquez Cora<br>Leslie Ann Torres Rodríguez<br>Debtors | CASE NO. 07-05933 ( SEK)<br><br>CHAPTER 13 |
| REO Properties, Corp.<br>Movant | |
| Luis A. Velázquez Cora<br>Leslie Ann Torres Rodríguez<br>Respondents | |
| ALEJANDRO OLIVERAS RIVERA<br>Respondent & Chapter 13 Trustee | |

### AFFIDAVIT UNDER PENALTY OF PERJURY
### ON BEHALF OF MOVANT

I, Gloria Valldejuli Soto, of legal age, married and resident of Carolina, Puerto Rico, as authorized representative of ALO Corporation f/k/a Ablitt Caruolo Acosta & Ramos, Corp., third party claims administrator for Movant, declare under penalty of perjury that as per all the documents referred to our firm for the administration of this claim and all information provided to us by Movant:

1.    Movant is the legal entity currently with all the rights in and to the mortgage note and mortgage described in the "MOTION FOR RELIEF FROM STAY IN ACCORDANCE TO 11 USC SECTION 362(d)" filed before this Honorable Court.

2.    Movant has acquired the original mortgage note legally and after certain endorsements or transfers initiated by the original payee named in such mortgage note.

3.    All of the above is true and correct to the best of my knowledge.

In San Juan, Puerto Rico, this 30th day of September, 2010.

Gloria Valldejuli Soto